Argued December 20, 1974, reversed January 14, 1975

POHRMAN ET AL, *Petitioners, v.*
EMPLOYMENT DIVISION, *Respondent.*

530 P2d 98

*David P. Weiner,* Portland, argued the cause for petitioners. With him on the brief were Merritt S. Yoelin and Samuels, Samuels & Yoelin, Portland.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

REVERSED. *Columbia Management Co. v. Morgan,* 270 Or 109, 526 P2d 571 (1974).